**Order filed, January 28, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01101-CV

———————

**PLEASANT HILL COMMUNITY DEVELOPMENT CORPORATION,**
**Appellant**

**V.**

**THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY AND HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-72430**

## ORDER

The reporter's record in this case was due **January 10, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM